6798. BEVILL *v.* THE STATE.

RUSSELL, C. J. 1. "Upon a trial for the offense of assault with intent to murder, the stabbing being admitted, malice will be presumed, and the onus of rebutting this presumption is on the defendant." *Hogan* v. *State,* 61 *Ga.* 43. The circumstances in this case were sufficient to authorize

the jury to infer, as a matter of fact, that an intent to kill existed. See *Adams v. State*, 125 *Ga.* 11 (2-b), 12 (53 S. E. 804).

2. The evidence fully authorized the verdict, and the motion for a new trial, based solely upon the usual general grounds, was properly overruled.

*Judgment affirmed.*

DECIDED APRIL 21, 1916.

Indictment for assault with intent to murder; from Effingham superior court—Judge Sheppard. June 9, 1915.

*J. Hartridge Smith,* for plaintiff in error.

*W. F. Slater, solicitor-general,* contra.